### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| **FotoMedia Technologies, LLC,** § | |
| § | |
| Plaintiff, § | |
| v § | CASE NO. 2:08-cv-203-TJW-CE |
| § | |
| **Fujifilm U.S.A., Inc. et al,** § | |
| § | |
| Defendants. § | |

### NOKIA CORP. AND NOKIA, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S ORIGINAL COMPLAINT

Nokia Corp, and Nokia, Inc., defendants in the above case, move the Court to extend the deadline to answer or otherwise respond to Plaintiff's Original Complaint for fifty three (53) days to and including August 22, 2008.

Plaintiff FotoModia Technologies, LLC does not oppose this Motion.

WHEREFORE, Defendants Nokia Corp. and Nokia, Inc. move the Court to extend their deadline to answer or otherwise respond to Plaintiff's Original Complaint to and including August 22, 2008.

Respectfully submitted,

*/s/ Michael C. Smith*

Michael C. Smith
State Bar Card No. 18650410
michaelsmith@siebman.com
SIEBMAN, REYNOLDS, BURG, PHILLIPS
& SMITH LLP
713 South Washington Avenue
Marshall, Texas   75670
Telephone:  (903) 938-8900
Facsimile:  (972) 767-4620

**ATTORNEYS FOR DEFENDANTS
NOKIA CORP. & NOKIA, INC.**

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 24th day of June, 2008.  Any other counsel of record will be served by facsimile transmission and/or first class mail.

_____
Michael C. Smith